William A. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Order affirmed.

479 A.2d 1095

Commonwealth v. Carter, Appellant.

Petition for Allowance of Appeal
Denied Oct. 30, 1984.

Argued March 29, 1984.

Arthur T. Donato, Jr., for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The judgment of sentence of the learned Delaware County Common Pleas Court Judge Melvin G. Levy is affirmed.

479 A.2d 1096

Commonwealth v. Carter, Appellant.

Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Argued March

29, 1984. Arthur T. Donato, Jr., for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The judgment of sentence of the learned Delaware County Common Pleas Court Judge R. Barclay Surrick is affirmed.

479 A.2d 1096

Commonwealth v. Cathcart, Appellant.

Submitted March 23, 1984.

John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence vacated and case remanded for a new trial.

479 A.2d 1096

Commonwealth v. Cole, Appellant.

Submitted January 4, 1984. Adam O. Renfroe,